DOC NO
REC'D/FILED

2021 JUN -7 PM 2:30

PETER OPPENE
CLERK US DIST COURT
WD OF WI

# ATTACHMENT 1

## COMPLAINT FORM
(for filers who are prisoners without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE __Western__ DISTRICT OF __Wisconsin__

(Full name of plaintiff(s))

David Anthony Pearson JR
Rory Deer

vs.

(Full name of defendant(s))

Lacrosse County Police
Department/Lacrosse
County

Case Number:

21-cv-381-jdp

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__, and is located at
   (State)

   __333 Vine Street__
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

2. Defendant <u>Lacrosse County Department</u>
(Name)

is (if a person or private corporation) a citizen of <u>Lacrosse Jailers</u>
(State, if known)

and (if a person) resides at <u>Lacrosse WI 54601</u>
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for <u>Lacrosse County Jail</u>
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

On 04-23-2021 I was approch by L.C.P.D Who did'int announce who they was, and just call me by my name and place me under arrest without reading me my Miranda and then the officer procceded To asking me questions and was brought straight to lacosse County without Any Investigation or Interrogation, And once I was in County I inform Officers of my disabilities and then I was place in a paded-room with No toilet or sink in which was only replace with a sawyer top to Use as a toilet and I still did'int have any access to any water so I was very dehydrate at them times in which My electrolytes was at a all

Attachment One (Complaint) – 2

Time low so I was detaine in that pad Room for three days without any of my medication in which cause serious negative thinking in which is still Harming me till this day. now 05-04-2021 I was approch again by L.C.P.D Who did'nt announce his self as in officer and just came toward me calling me by my government name without mirandarizing me and asking me question In which I continue to walk away from the officer in whice he follow me and In which the officer draw his taster gun and I Ran in fear for my life and was caught and tackle by four to five officers and was brought Straight to Lacrosse County Jail without Knowing what I was arrest for Let alone why he approach me in the first place. now when I arrive at Lacrosse county Jail I was aggressively pull out the patrol car by Lacrosse County Jailers/Officers who force presure on the top of my head side ways which Left scars on the left-side of my temple and forehead and I was place in This restraint-chair in which my wrist, shoulders, ankles was strap to the Chair And was place in the chair in this paded room without an toilet or sink Even though I was still stap to this restraint chair, This room was paded with a sawyer in top on the ground for a toilet and no sink so whoever is in that cell doesn't have access to any kind water and I was in the chair for A hour and then strip out my chothes and had to stays in that cells for 2 day. without any medication. Now on 05-28-2021 I receive Legal-mail in which the inside Material was Giving to me but the Envelope was tooking awas and I was told by the Officer that I couldn't get My Legal Envelope and Was told that my Family was'nt able to write a Letter or send card Etc.

C.    JURISDICTION

[✓]    I am suing for a violation of federal law under 28 U.S.C. § 1331.
          OR

[ ]    I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.    RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I would like for all charges to be dismiss and bestowal five Million for pain and suffering.

E.  JURY DEMAND

☐ Jury Demand - I want a jury to hear my case
       OR

☑ Court Trial – I want a judge to hear my case

Dated this __05__ day of __28__ 20__21__.

Respectfully Submitted,

*David A Pearson JR*
Signature of Plaintiff

__2018-0704__
Plaintiff's Prisoner ID Number

__3808 S Wells Apt 245__

__Chicago IL 60609__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.